IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01964-WYD-CBS

STEVEN HOWARDS,

    Plaintiff,

v.

VIRGIL D. "GUS" REICHLE, JR., in his individual and official capacity,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Amended Motion to Modify Scheduling Order (*doc. no. 27)* is **GRANTED**.

**DATED:**    April 4, 2007