IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01964-WYD-CBS

STEVEN HOWARDS,

    Plaintiff,

v.

VIRGIL D. "GUS" REICHLE, JR., in his individual and official capacity,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Motion to Vacate Conference (*doc. no. 38)* is **GRANTED**.  The hearing set for June 1, 2007, is **VACATED**.

    IT IS FURTHER ORDERED that Plaintiff's Motion to Amend Complaint and Add Parties (*doc. no. 30)* is **GRANTED**.  As of the date of this order, the Clerk's office is instructed to accept for filing, the Amended Complaint (*doc no. 31*) tendered to the court on May 28, 2007.

**DATED:**    May 30, 2007