**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 06-cv-01964-WYD-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: January 30, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| STEVEN HOWARDS, | David A. Lane |
| | Qusair Mohamedbhai |
| **Plaintiff,** | |
| v. | |
| VIRGIL D. "GUS" REICHLE, JR., in his individual and official capacity, *et al.*, | Dugan Bliss |
| | Richard A. Westfall |
| **Defendants,** | |
| THE OFFICE OF THE VICE PRESIDENT, | James J. Gilligan |
| **Interested Party.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** MOTIONS HEARING
**Court in Session:** 10:43 a.m.
Court calls case. Appearances of counsel.

**ORDERED:** The Motion by the Office of the Vice President for Leave to File Motion for a Protective Order Under Seal [filed January 23, 2008; doc. 71] is denied as moot for the reasons stated on the record.

**ORDERED:** The Motion by the Office of the Vice President for a Protective Order Regarding Videotapes of its Employees' Depositions [filed January 18, 2008; doc. 69] is granted for the reasons stated on the record. Plaintiff's counsel shall give ten (10) calendar days' written notice to counsel for the Office of the Vice President before any dissemination is made of the videotapes of the depositions discussed.

**ORDERED:** Defendants' Motion to Designate Videotapes of Defendants' Depositions as Confidential Pursuant to Protective Order [filed January 11, 2008; doc. 62] is taken under advisement.  By February 11, 2008, the parties shall provide a status report regarding the plausibility of redacting the videotape depositions in question.  Plaintiff's counsel may file a response to the motion by February 11, 2008.

**ORDERED:** Counsel for the Office of the Vice President shall file a response/opposition to The Unopposed Motion for United States Marshals to Serve Subpoena [filed January 24, 2008; doc. 73] by February 13, 2008.  Plaintiff's counsel shall file a reply by February 27, 2008.

**ORDERED:** A Motions Hearing on the issues discussed during today's hearing is set for March 6, 2008 at 1:30 p.m.

HEARING CONCLUDED.

**Court in recess:** 12:23 p.m.
Total time in court: 01:40