IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01964-WYD-CBS

STEVEN HOWARDS,

    Plaintiff,

v.

VIRGIL D. "GUS" REICHLE, JR., in his individual and official capacity,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Agreed to Motion to Vacate March 6, 2008 and Convert March 11, 2008 Settlement Conference to Hearing on Outstanding Motions (*doc. no. 90)* is **GRANTED**.

    IT IS FURTHER ORDERED that the March 11, 2008 settlement conference is **VACATED**.

    IT IS FURTHER ORDERED that the March 6, 2008 motion hearing is **RESET** to **March 11, 2008 at 9:30 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

**DATED:**    February 28, 2008