## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 06-cv-01964-WYD-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: March 11, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| STEVEN HOWARDS, | David A. Lane |
| **Plaintiff,** | |
| v. | |
| VIRGIL D. "GUS" REICHLE, JR., in his individual and official capacity, *et al.*, | Sean R. Gallagher<br>Richard A. Westfall<br>Aaron L. Solomon |
| **Defendants,** | |
| THE OFFICE OF THE VICE PRESIDENT, EAGLE COUNTY, and DOUG WINTER, | James J. Gilligan<br>Robert L. Morris |
| **Interested Parties.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTIONS HEARING**
**Court in Session:      9:30 a.m.**
Court calls case.  Appearances of counsel.  Plaintiff, Steven Howards, is also present for the hearing.

Counsel present arguments regarding the motions pending before the court.

**ORDERED:** Defendants' Motion to Designate Videotapes of Defendants' Depositions as Confidential Pursuant to Protective Order [filed January 11, 2008; doc. 62] is granted for the reasons stated on the record.  The videotapes of the depositions of the defendants shall not be disseminated.

**ORDERED:** The Motion by the Office of the Vice President for a Protective Order Restricting Disclosure of Video Recordings of its Employees' Depositions [filed February 9, 2008; doc. 83] is granted for the reasons stated on the record.  The videotapes of the depositions of Charles Durkin and David Bohrer shall not be disseminated.

**ORDERED:** The Motion by Eagle County, Colorado, a Political Subdivision of the State of Colorado, and Doug Winter, a Sheriff Employed in the Eagle County Sheriff's Department, for a Protective Order Regarding the Videotape Deposition of Doug Winter [filed March 10, 2008; doc. 100] is granted for the reasons stated on the record. **The videotape of the deposition of Doug Winter shall not be disseminated**.

**ORDERED:** The Unopposed Motion for United States Marshals to Serve Subpoena [filed January 24, 2008; doc. 73] is taken under advisement.

**ORDERED:** The Motion to Submit Sealed Exhibits in Support of Plaintiff's Response to Motion for Order to have Marshall Serve Subpoena on Vice-President [filed February 29, 2008; doc. 96] is granted for the reasons stated on the record. Exhibit B to the Response to OVP's Brief Regarding Deposing the Vice President (doc. 93) shall be sealed.

**ORDERED:** The Unopposed Motion of Defendants McLaughlin and Daniels to Correct the Record [filed March 5, 2008; doc. 98] is granted for the reasons stated on the record.

HEARING CONCLUDED.

**Court in recess:** **11:40 a.m.**
Total time in court: 02:10