IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01964-WYD-CBS

STEVEN HOWARDS,

    Plaintiff,

v.

VIRGIL D. "GUS" REICHLE, JR., in his individual and official capacity,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the "Unopposed Motion of Defendants McLaughlin and Daniels to Modify the Scheduling Order" (*doc. no. 105)* is **GRANTED**. The April 1, 2008 deadline to file dispositive motions is **VACATED** and will be reset, as necessary, following a final decision regarding the deposition of the Vice-President.

**DATED:**    March 27, 2008