IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01964-WYD-CBS

STEVEN HOWARDS,

    Plaintiff,

v.

VIRGIL D. "GUS" REICHLE, JR., in his individual and official capacity,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's NUNC PRO TUNC Motion to Exceed Page Limit is **GRANTED**.

Dated: April 22, 2008