IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01964-WYD-CBS

STEVEN HOWARDS,

    Plaintiff,

v.

VIRGIL D. "GUS" REICHLE, JR., in his individual and official capacity,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion to Modify Scheduling Order to Extend Discovery (*doc. no. 123*) is **GRANTED**. The discovery deadline is extended to **July 11, 2008**.

    IT IS FURTHER ORDERED that the deadline to file dispositive motions is set for **August 11, 2008**.

    IT IS FURTHER ORDERED that the August 19, 2008 final pretrial conference is **VACATED** and **RESET** to **December 12, 2008 at 10:00 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Parties shall file a proposed final pretrial order 5 day prior to the scheduled conference.

**DATED:**    May 21, 2008