IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01964-WYD-CBS

STEVEN HOWARDS,

    Plaintiff,

v.

VIRGIL D. "GUS" REICHLE, JR., in his individual and official capacity,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT KRISTOPHER MISCHLONEY ONLY**

---

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal of Defendant Kristopher Mischloney with Prejudice, filed June 5, 2008 (docket #130). Having reviewed the Stipulation and the premises therein, it is hereby

ORDERED that the Stipulation for Dismissal of Defendant Kristopher Mischloney with Prejudice, filed June 5, 2008 is **GRANTED**. It is

FURTHER ORDERED that Defendant Kristopher Mischoloney is **DISMISSED WITH PREJUDICE**.

Dated: June 5, 2008

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge