## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 06-cv-01964-WYD-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: October 21, 2008** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| STEVEN HOWARDS, | David A. Lane |
| | Althea Licht |
| **Plaintiff,** | |
| v. | |
| VIRGIL D. "GUS" REICHLE, JR., in his individual and official capacity, *et al.*, | Sean R. Gallagher |
| | Richard A. Westfall |
| | Dugan Bliss |
| **Defendants,** | Aaron L. Solomon |
| THE OFFICE OF THE VICE PRESIDENT, | James J. Gilligan |
| **Interested Parties.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session:** 1:32 p.m.
Court calls case. Appearances of counsel. Plaintiff, Steven Howards, is also present for the hearing.

**ORDERED:** The Motion by Non-Party Office of the Vice President for Leave to File a Surreply [filed September 16, 2008; doc. 145] is granted. The Surreply (*doc. 145-2*) is accepted for filing.

Counsel present arguments regarding Plaintiff's Renewed Motion for United States Marshals to Serve Subpoena [filed August 11, 2008; doc. 136].

**ORDERED:** Plaintiff's Renewed Motion for United States Marshals to Serve Subpoena [filed August 11, 2008; doc. 136] is denied for the reasons stated on the record.

Plaintiff's counsel indicates that he would not respond to a motion for summary judgment with a Rule 56(f) argument.

**Court goes off the record:**   2:20 p.m.

**Court goes back on the record:**   2:27 p.m.

**ORDERED:**   The parties shall file dispositive motions by November 21, 2008, and plaintiff's response is due by December 12, 2008.  Defendants' replies are due by December 29, 2008.

The parties state that discovery is closed at this point subject to the objections.

The parties indicate there is no possibility of settlement at this time.

HEARING CONCLUDED.
**Court in recess:**   **2:34 p.m.**                              Total time in court:    00:55

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.