IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 06-cv-01964-CMA-CBS

STEVEN HOWARDS,

    Plaintiff,

v.

VIRGIL D. "GUS" REICHLE, JR., in his individual and official capacity,
KRISTOPHER MISCHLONEY, in his individual and official capacity,
DANIEL McLAUGHLIN, in his individual and official capacity,
DAN DOYLE, in his individual and official capacity, and,
ADAM DANIELS, in his individual and official capacity,

    Defendants.

## ORDER SETTING CASE FOR TRIAL

The above-captioned matter has been scheduled for a **five-day jury trial** on the docket of Judge Christine M. Arguello in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **May 4, 2009 at 1:30 p.m.**

A Final Trial Preparation Conference is set for **April 24, 2009 at 9:00 a.m.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend in person, unless a written motion for alternative appearance is granted by the Court .** The Court notes that Althea Licht will appear on

behalf of Plaintiff Howards at this Preparation Conference, pursuant to the oral request of David Lane.

DATED: December  16 , 2008

BY THE COURT:

_Christine M Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Judge