**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Courtroom Deputy: Valeri P. Barnes  
Court Reporter: Darlene Martinez

Date: April 14, 2009

---

Civil Action No. 06-cv-01964-CAM-CBS

*Parties:*

STEVEN HOWARDS,

    Plaintiff,

v.

VIRGIL D. "GUS" REICHLE, JR., in his individual and official capacity,  
KRISTOPHER MISCHLONEY, in his individual and official capacity,  
DANIEL McLAUGHLIN, in his individual and official capacity,  
DAN DOYLE, in his individual and official capacity, and,  
ADAM DANIELS, in his individual and official capacity,

    Defendants.

*Counsel:*

David Lane  
Althea Licht

Sean Gallagher  
Dugan Bliss

Aaron Solomon  
Richard Westfall

---

**COURTROOM MINUTES**

---

HEARING: Motions

**9:00 a.m.    Court in session**.

Argument.

**10:25 a.m.   Court in recess**.
**10:37 a.m.   Court in session**.

Oral findings of facts, conclusions of law made of record.

**ORDER:** Defendants Reichle and Doyle's Motion for Summary Judgment on the Basis of Qualified Immunity **(155)** is **denied**.

**ORDER:** Motion of Defendants Daniels and McLaughlin for Summary Judgment **(156)** is **denied**.

**ORDER:** Plaintiff Motion for Continuance of Trial **(185)** is **granted**. The Final Trial Preparation Conference of April 24, 2009 and trial date of May 4, 2009 are **vacated**.

**DEADLINES/HEARINGS:**
Final Trial Preparation Conference reset to **September 11, 2009 at 9:00 a.m.**
Five-day jury trial reset to **September 28, 2009, at 9:00 a.m.**

**10:56 a.m.   Court in recess/hearing concluded**.

Total in-court time: 1:44