# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01964-CMA-CBS

STEVEN HOWARDS,

    Plaintiff,

v.

VIRGIL D. "GUS" REICHLE, JR., in his individual and official capacity;
KRISTOPHER MISCHLONEY, in his individual and official capacity;
DANIEL MCLAUGHLIN, in his individual and official capacity;
DAN DOYLE, in his individual and official capacity;
ADAM DANIELS, in his individual and official capacity;

    Defendants.

---

## NOTICE OF CHANGE OF FIRM NAME

---

**PLEASE TAKE NOTICE** that, effective March 16, 2010, counsel for Defendant, Hale Westfall, LLP, notifies the Court and all counsel of record of the change of the firm's name from "Hale Friesen, LLP" to "Hale Westfall, LLP". The address and telephone number remain the same.

Respectfully submitted March 18, 2010.

s/Richard A. Westfall

HALE WESTFALL LLP
Richard A. Westfall
Aaron Solomon
1660 Wynkoop Street, Suite 300
Denver, Colorado 80202
rwestfall@halewestfall.com
asolomon@halewestfall.com

### CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2010, I electronically filed the forgoing **NOTICE OF CHANGE OF FIRM NAME** with the Clerk of the Court using the CM/ECF system, which will send notice to the following:

| | |
|---|---|
| David A. Lane | Sean R. Gallagher |
| Darold W. Killmer | Dugan Bliss |
| Mari A. Newman | Hogan & Hartson, LLP |
| Killmer, Lane & Newman, LLP | 12000 17th Street, Suite 1500 |
| 1543 Champa St. Suite 400 | Denver, CO 80202 |
| Denver, CO 80202 | srgallagher@hhlaw.com |
| dlane@killmerlane.com | dbliss@hhlaw.com |
| dkillmenr@Killmerlane.com | |
| Mnewman@Killmerlane.com | |

James J. Gilligan
Assistant Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
James.gilligan@usdoj.gov

s/Christopher McNicholas
Christopher McNicholas

2