**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 06-cv-01964-CMA-CBS

STEVEN HOWARDS,

    Plaintiff,

v.

VIRGIL D. "GUS" REICHLE, JR., in his individual and official capacity,
DANIEL McLAUGHLIN, in his individual and official capacity,
DAN DOYLE, in his individual and official capacity, and,
ADAM DANIELS, in his individual and official capacity,

    Defendants.

---

### ORDER DIRECTING ENTRY OF JUDGMENT IN DEFENDANTS' FAVOR

---

    This matter is before the Court on remand from the Tenth Circuit. *Howards v. McLaughlin*, Nos. 09-1201, 09-1202, 2012 WL 2918719, at *1 (10th Cir. July 18, 2012) (unpublished). In *Howards v. McLaughlin*, 634 F.3d 1131, 1143 (10th Cir. 2011), the Tenth Circuit reversed this Court's denial of qualified immunity as to all Secret Service Agents on Mr. Howards' Fourth Amendment claims. It also reversed this Court's denial of qualified immunity on Mr. Howards' First Amendment claims as to Agents Daniels and McLaughlin but affirmed such denial as to Agents Reichle and Doyle. *Id.* at 1149-50.

    Thereafter, the Supreme Court reversed the Tenth Circuit's judgment, holding that Agents Reichle and Doyle also are entitled to qualified immunity on the First

Amendment claim.  *Reichle v. Howards*, 132 S. Ct. 2088, 2097 (2012).  As such, on remand from the Supreme Court, the Tenth Circuit stated that "all these defendants are entitled to qualified immunity" and, therefore, it reversed this Court's denial of qualified immunity as to these Defendants.  *Howards*, 2012 WL 2918719, at *1.

Accordingly, it is ORDERED that JUDGMENT BE ENTERED in favor of Defendants and that this case be DISMISSED.

DATED:  August   31  , 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge