**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  06-cv-01964-CMA-CBS

STEVEN HOWARDS

  Plaintiff,

v.

VIRGIL D. "GUS" REICHELE, JR., in his individual and official capacity,
DANIEL McLAUGHLIN, in his individual and official capacity,
DAN DOYLE, in his individual and official capacity, and
ADAM DANIELS, in his individual and official capacity,

  Defendants.

---

## FINAL JUDGMENT

---

  In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

  Pursuant to the Order Directing Entry of Judgment in Defendants' Favor by Judge Christine M. Arguello, entered on August 31,2012 it is

  ORDERED that FINAL JUDGMENT is hereby ENTERED in favor of Defendants and that this case be DISMISSED.


  Dated at Denver, Colorado this 20th day of September, 2012.

            FOR THE COURT:
            JEFFREY P. COLWELL, CLERK

            By: s/Sandra Hartmann

            Sandra Hartmann
            Deputy Clerk